PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Reginald Currie

Cr.: 02-00943-001
PACTS #: 9069

Name of Sentencing Judicial Officer: Katharine S. Hayden

Date of Original Sentence: 09/28/05

Original Offense: Bank Robbery

Original Sentence:  120 months imprisonment; three-year-term of supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: 01/14/11

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | The offender tested positive for cocaine on April 4, 2011.

U.S. Probation Officer Action:

We placed Currie in a random urine monitoring program, and referred him for individual and group counseling at Integrity.   Thus far, he is actively participating in treatment.

Respectfully submitted,

By:  Kellyanne Kelly
     Senior U.S. Probation Officer
Date: 4/28/11

*The Court's endorsement of this petition will serve as an official reprimand to the offender, unless the Court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

May 3, 2011
_____
Date